**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KAI SHAUN BENITEZ,

                        Plaintiff,

      -against-                                    23 **CIVIL** 7087 (KHP)

                                                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 15, 2024 and Order dated September 4, 2024, plaintiff's motion for judgement on the pleadings is DENIED and Defendant's final decision that the Plaintiff was not disabled through the date of the ALJ's decision is AFFIRMED; accordingly, the case is closed.

**Dated:**  New York, New York

       September 4, 2024

                                                        **DANIEL ORTIZ**
                                                        **Acting Clerk of Court**

                         **BY:**

                                                        **Deputy Clerk**